**STATE of Missouri, Plaintiff–Respondent,**

v.

**Melvis PALMER, Defendant–Appellant.**

**Melvis PALMER, Movant–Appellant,**

v.

**STATE of Missouri, Respondent–Respondent.**

Nos. 68096, 70254.

Missouri Court of Appeals,
Eastern District,
Division One.

March 11, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 1, 1997.

Robert E. Steele, Jr., Asst. Public Defender, St. Louis, for movant–appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Joiner, Asst. Atty. Gen., Jefferson City, for respondent–respondent.

Before DOWD, P.J., and GARY M. GAERTNER and CRANE, JJ.

## ORDER

PER CURIAM.

Defendant appeals from the judgment on his conviction by a jury of sodomy in violation of § 566.060, RSMo Cum.Supp. 1993, for which he was sentenced to a term of life imprisonment. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The judgment is affirmed in accordance with Rule 30.25(b).

**J.L.S., Appellant/Cross–Respondent,**